UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LESLEY JONATHAN BISHOP                                                                 PLAINTIFF

v.                                          NO. 3:20-cv-00164- JTR

ANDREW SAUL,
Acting Commissioner,
Social Security Administration                                                         DEFENDANT

## ORDER

Plaintiff, Lesley Jonathan Bishop, seeks judicial review of the administrative denial of her claims for disability insurance benefits and supplemental security income. *Doc. 2*. The Commissioner has filed an Unopposed Motion to Reverse and Remand for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g). *Doc. 15*. The Motion states that Bishop's counsel was contacted and has no objection to the requested remand. *Id. at 1*. Under the circumstances, remand is appropriate.

Accordingly, the Commissioner's Unopposed Motion to Reverse and Remand, *Doc. 15*, is GRANTED. The Commissioner's prior decision is REVERSED and this matter is REMANDED for further administrative proceedings and issuance of a new decision. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 1st day of March, 2021.

                                                _____
                                                UNITED STATES MAGISTRATE JUDGE