# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

LESLEY JONATHAN BISHOP                                                    PLAINTIFF

v.                                NO. 3:20-cv-00164- JTR

ANDREW SAUL,
Acting Commissioner,
Social Security Administration                                            DEFENDANT

## JUDGMENT

Consistent with today's Order, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for Plaintiff, Lesley Jonathan Bishop, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 1st day of March, 2021.

_____
UNITED STATES MAGISTRATE JUDGE