# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**LESLEY JONATHAN BISHOP**                                      **PLAINTIFF**

**V.**                          **CASE NO. 3:20-CV-164-JTR**

**ANDREW SAUL, Commissioner**
**Social Security Administration**                              **DEFENDANT**

## ORDER

Before the Court is Plaintiff Lesley Jonathan Bishop's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act ("EAJA"). *Doc. 18*. The Motion is unopposed. *Doc. 20*

Plaintiff's attorney, Howard D. Olinsky, requests a total award of **$5,448.26** (which sum includes 23.10 attorney hours incurred in 2020–21 at an hourly rate of $203.94; 7.2 paralegal hours at an hourly rate of $100; and expenses of $17.25).

The Court concludes that Plaintiff is entitled to an award of attorney's fees under the EAJA and that the requested sum is reasonable.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney's Fees pursuant to the EAJA, *Doc. 18*, is GRANTED.

Plaintiff is awarded **$5,448.26** in fees and expenses under the EAJA.[1]

---

[1] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff but mailed to the Plaintiff in care of Plaintiff's attorney at the attorney's office.

SO ORDERED, this 7th day of June, 2021.

_____
UNITED STATES MAGISTRATE JUDGE